Commonwealth *v.* One 1965 Oldsmobile Station Wagon (Chapman).

Submitted September 13, 1968. *George Gershenfeld,* for appellant; *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

Commonwealth *v.* Opher, Appellant.

September 9, 1968. *Ronald Ervais,* for appellant; *Samuel T. Swansen* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.